**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**HERBERT PATTERSON, et al.,**

    **Defendant.**                **Case No. 01-cr-30074-1-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Herbert Patterson's Motion for Early Termination of Supervised Release (Doc. 89). Defendant was sentenced to a term of 87 months' imprisonment, with a supervised release period of five years. Defendant states that he has paid in full his assessment of $100.00 and his fine of $1,000.00 as of March 14, 2002 (*see* Doc. 61 - Government's Notice of Release of Lien). Further, Defendant states that he was released from the custody of the Bureau of Prisons on or about September 19, 2005, and has since been serving his supervised release, while complying with all of the terms and conditions. Defendant states that he is also now gainfully employed and supports his minor children. For these reasons, he believes himself to be an excellent candidate for early termination of his supervised release and does not pose a threat of engaging in future criminal activity.

Due to Defendant's compliance and also because his Motion states that neither his Probation Officer nor the prosecuting Assistant United States Attorney object to the request for early termination, Defendant's Motion (Doc. 89) is **GRANTED**. Accordingly, the Court hereby **TERMINATES** defendant Herbert Patterson's 5-year term of supervised release, effective immediately.

**IT IS SO ORDERED**.

Signed this 11th day of March, 2009.


/s/      David R Herndon

**Chief Judge**
**United States District Court**